**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 21**

| | | |
|---|---|---|
| W. WALL AND COMPANY, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| MILLENNIUM TRUST COMPANY, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Russ Ferguson's Application for Admission to Practice *Pro Hac Vice* of Kenneth F. Berg. It appearing that Kenneth F. Berg is a member in good standing with the Illinois State Bar and will be appearing with Russ Ferguson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Russ Ferguson's Application for Admission to Practice *Pro Hac Vice* (#3) of Kenneth F. Berg is **GRANTED,** and

that Kenneth F. Berg is **ADMITTED** to practice, *pro hac vice*, before the Bar of

this court while associated with Russ Ferguson.


Signed: January 30, 2014


Dennis L. Howell
United States Magistrate Judge